NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH E. FOCHT,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D16-5381
                                     )
WELLS FARGO BANK, N.A., Successor by )
Merger to Wells Fargo Bank Minnesota, )
National Association, as Trustee, in Trust )
for the Holders of Structured Asset  )
Securities Corporation – Amortizing  )
Residential Collateral Trust Mortgage Pass )
Through Certificates, Series 2002-BC10; )
DARLENE BALKE; UNKNOWN SPOUSE )
OF DARLENE BALKE n/k/a William Balke; )
SHARON MARCOLINA; UNKNOWN     )
SPOUSE OF SHARON MARCOLINA n/k/a )
Paul Marcolina; SUSAN SCHLATER;      )
TENANT #1 n/k/a Paul Gianni; and     )
TENANT #2 n/k/a Christian Smith,     )
                                     )
          Appellees.                 )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Sarasota
County; Lee E. Haworth, Senior Judge.

Deborah E. Focht, pro se.

Jan Timothy Williams of Lapin & Leichtling,
LLP, Winter Park; and Adam B. Leichtling
of Lapin & Leichtling, LLP, Coral Gables, for
Appellee Wells Fargo Bank, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and BLACK, JJ., Concur.